**2003–1129.   State v. Perdue.**

Mahoning App. No. 00CA244. This cause is pending before the court as a discretionary appeal from the Court of Appeals for Mahoning County. Upon consideration of appellant's motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

RESNICK and F.E. SWEENEY, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2003–0423.   RPM, Inc. v. Oatey Co.**

Medina App. Nos. 3282–M and 3289–M, 2003-Ohio-367.

MOYER, C.J., F.E. SWEENEY and O'CONNOR, JJ., dissent.

**2003–0510.   Mazza v. Am. Continental Ins. Co.**

Summit App. No. 21192, 2003-Ohio-360. Discretionary appeal allowed on Propositions of Law I and II only. Proposition of Law I is held for the decision in 2002–0610, *Geren v. Westfield Ins. Co.,* Lucas App. No. L–01–1398, 2002-Ohio-1230; Proposition of Law II is held for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.,* Stark App. No. 2001CA00265, 2002-Ohio-903; briefing schedule stayed.

RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

Discretionary cross-appeal denied.

**2003–0641.   Buckley v. Wintering.**

Franklin App. No. 02AP–511. Discretionary appeal allowed on Propositions of Law II and III only.

LUNDBERG STRATTON and O'DONNELL, JJ., concur but would allow all propositions of law.

O'CONNOR, J., concurs but would allow all propositions of law and hold for 2003–0302 and 2003–0362, *Taylor v. Kemper Ins. Co.,* Cuyahoga App. No. 81360, 2003-Ohio-177, and 2002–0932, *Westfield Ins. Co. v. Galatis,* Summit App. No. 20784, 2002-Ohio-1502.

MOYER, C.J., concurs but would hold Proposition of Law II for 2002–0610, *Geren v. Westfield Ins. Co.,* Lucas App. No. L–01–1398, 2002-Ohio-1230, and Proposition of Law III for *Taylor.*

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0664.   Modzelewski v. Yellow Freight, Inc.**

Summit App. No. 21205, 2003-Ohio-827.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0671.   Richard v. Nationwide Mut. Ins. Co.**

Franklin App. No. 02AP–140, 2003-Ohio-1179. Discretionary appeal allowed and cause held for decision in 2002–2138, *Saunders v. Mortensen,* Erie App. No. E–02–008, 2002-Ohio-6244.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.